857 A.2d 673

**Nicholas A. BORSELLO, Jr., Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 6, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2004, probable jurisdiction is noted and the order appealed is affirmed.